Dec. 21, 2011

file:2:11-cv-01732-RCJ-RJJ Thomas VS. FBI et al

Motion to Dismiss case:2:11-cv-01732-RCJ-RJJ

Attn: The Honorable Robert J. Johnson

Please accept my motion to dismiss this case at this time.

Sincerely,

Carol Thomas

IT IS SO ORDERED.

DATED:  This 5th day of January, 2012.

ROBERT C. JONES
Chief District Judge