UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CAROL THOMAS, ) | |
| ) | |
| Plaintiff, ) | 2:11-cv-1732-RCJ-RJJ |
| ) | |
| vs. ) | |
| ) | |
| FEDERAL BUREAU OF ) | O R D E R |
| INVESTIGATION, *et al*., ) | |
| ) | |
| Defendant, ) | |

This matter is before the Court on a Motion for Cease and Desist Order (#17) and Motion and Lis Pendens (#18).

The Court having reviewed the Motions (#17 & #18) finds that this case was closed on January 5, 2012. Further, the Court finds that Plaintiff's Motion to Reopen Case (#13) was denied on March 14, 2012. *See* Order (#19). Good cause appearing therefore,

IT IS HEREBY ORDERED that the Motion for Cease and Desist Order (#17) and Motion and Lis Pendens (#18) are MOOT.

DATED this  4th   day of April, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge